IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EDUARDO HERNANDEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18cv136 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 14), filed on November 19, 2018, recommends that the Motion for Summary Judgment or, Alternatively, Motion to Dismiss (ECF 12), be granted and that the complaint be dismissed with prejudice. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Summary Judgment or, Alternatively, Motion to Dismiss (ECF 12) is **GRANTED** and the above-styled social security action is **DISMISSED** with prejudice.

**SIGNED this the 11th day of February, 2019.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1